**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | George T. Kuhn, M.D., George T. Kuhn M.D., P.A. d/b/a Women's Healthcare Associates, Paul James, M.D., Metropolitan Houston Surgery Associates, PLLC, Adam Morales, M.D., West Houston Radiology Associates, L.L.P., and Singleton Associates, P.A. d/b/a Radiology Partners Gulf Coast v. Angie Sam |
| Appellate case number: | 01-20-00260-CV |
| Trial court case number: | 2019-45200 |
| Trial court: | 151st District Court of Harris County |
| Date motion filed: | August 17, 2021 |
| Party filing motion: | Appellants George T. Kuhn, M.D. and George T. Kuhn M.D., P.A. d/b/a Women's Healthcare Associates |

It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Landau and Countiss.

Date: ___August 31, 2021_____